THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v RANDOLFO DIAZ, Respondent.

Submitted February 14, 2012; decided February 16, 2012

Reported below, 85 AD3d 1047.

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the respondent on the appeal herein.